UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TRANSTAR INDUSTRIES, LLC, | ) | CASE NO. 1:19CV1230 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| vs. | ) | |
| | ) | |
| CHADD LESTER, et al., | ) | **OPINION AND ORDER** |
| | ) | |
| Defendant. | ) | |

**CHRISTOPHER A. BOYKO, J.:**

This matter comes before the Court on Plaintiff's Motion to Remand. (Doc. 3). Because the amount-in-controversy is greater than $75,000, Plaintiff's Motion is **DENIED**.

**I. BACKGROUND**

On May 29, 2019, Defendants Chadd Lester, Cary Young, Alven Rivera, Seal Aftermarket Products, LLC ("SAP") and TranzDepot, LLC ("TranzDepot") (collectively, "Defendants") removed this case from Cuyahoga County Common Pleas Court on the basis of diversity jurisdiction. Defendants allege the parties are diverse and the amount-in-controversy is greater than $75,000.

Plaintiff disagrees. According to Plaintiff, this case concerns the unfair advantage Defendants will gain unless they are enjoined from their proposed operations. Plaintiff

-1-